IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENJAMIN CARIDAD,

    Plaintiff,                    No. 2:13-cv-0638 KJN P

    vs.

OCTAVIO CARLOS LUNA, et al.,

    Defendants.               ORDER

_____ /

    Plaintiff is committed to Patton State Hospital as a Mentally Disordered Offender ("MDO"), and is proceeding without counsel. Plaintiff previously sought relief pursuant to 42 U.S.C. § 1983 by filing a civil rights complaint. On April 9, 2013, plaintiff's complaint was dismissed, and plaintiff was granted leave to file an amended complaint. On May 6, 2013, plaintiff filed the notice of submission of an amended complaint, a certificate of service, 50 pages of exhibits, and a single page entitled "Amended Complaint 2:13-CV-00638 KJN" which states, in its entirety:

> Revoked by CONREP Conditional Community Outpatient Recovery Program matched with provisions of the MDO criteria I am unsettled in the arrangement to conditions of prison.

(ECF No. 5 at 3.)

////

Plaintiff's amended complaint is vague and conclusory and does not comply with this court's April 9, 2013 order.  Plaintiff appended various state court rulings on his petitions for writ of habeas corpus, as well as letters from his attorneys, but plaintiff failed to explain the relevance of these exhibits.  In an abundance of caution, plaintiff is granted one final opportunity to file a second amended complaint that complies with this court's prior order.  Failure to file a second amended complaint will result in the dismissal of this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's amended complaint is dismissed; and

2. Within thirty days from the date of this order, plaintiff shall file an original and one copy of a second amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, the Local Rules of Practice, and this court's April 9, 2013 order.  The second amended complaint must also bear the docket number assigned to this case and must be labeled "Second Amended Complaint."

Failure to file a second amended complaint in accordance with this order will result in the dismissal of this action.

DATED: August 5, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

cari0638.eot